IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CR13

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JASON MICHAEL AGARD ) | |
| _____ ) | |

    This matter is before the Court on its own motion to re-schedule the hearing originally set for September 21, 2005. IT IS ORDERED that the hearing on the Motion to Sever is re-scheduled for **Thursday, September 29, 2005 at 10:00 a.m.** in Courtroom 3.

    IT IS FURTHER ORDERED that co-defendant, Christopher Shane Pigg, is directed to attend the hearing. The Clerk's Office is directed to notify the U.S. Marshal Service of this order.

    SO ORDERED.

**Signed: September 19, 2005**

Graham C. Mullen
Chief United States District Judge