IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CR13-MU

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JASON MICHAEL AGARD | ) | |
| | ) | |

    This matter is before the court upon defendant's Motion to Sever. It appears to the court that this motion is now moot.

    IT IS THEREFORE ORDERED that defendant's Motion to Sever is hereby DENIED AS MOOT.

**Signed: October 11, 2005**

Graham C. Mullen
Chief United States District Judge